AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Uday Sankar Nori,

              Plaintiff(s)    )  **APPEARANCE**
)
)
)
                 vs.    )  CASE NUMBER
MICHAEL CHERTOFF, Secretary, Department of Homeland Security, EMILIO T
GONZALES, Director, U.S.C.I.S, ROBERT WIEMANN, Director Administrative
Appeals Office and DAVID ROARK Director U.S.C1S - Texas Service Center
)
             Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Michael E. Piston  as counsel in this
                                 (Attorney's Name)

case for:  Uday Sankar Nori
            (Name of party or parties)

9/5/2007
Date

*[signature]*
Signature

MI0002/P34568    Michael E. Piston
BAR IDENTIFICATION    Print Name

4000 Livernois, Suite 110
Address

Troy    MI    48098
City    State    Zip Code

248-524-1936
Phone Number