1  Michael E. Piston
2  Alexander Vernon
   Attorneys for Plaintiff
3  Piston & Carpenter P.C.
   4000 Livernois, Suite 110
4  Troy, MI  48098
5  248-524-1936

6
7                    UNITED STATES DISTRICT COURT
8                    FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 9  UDAY SANKAR NORI, | Case No.: 1:07-cv-01611 |
| 10           Plaintiff, | VOLUNTARY DISMISSAL |
| 11      vs. | |
| 12 MICHAEL CHERTOFF, Secretary of Department of Homeland Security, EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services, ROBERT P. WIEMANN, Chief of the Administrative Appeals Office of the United States Citizenship and Immigration Services, and DAVID ROARK, Director of the Texas Service Center of the United States Citizenship and Immigration Services, | |
| 20           Defendants. | |

**VOLUNTARY DISMISSAL**

VOLUNTARY DISMISSAL - 1                        Piston & Carpenter P.C.
                                                4000 Livernois
                                                Ste 110
                                                Troy, MI 48098
                                                (248)524-1936
                                                michael@piston.net

# VOLUNTARY DISMISSAL

TAKE NOTICE:

This action is dismissed by the Plaintiffs in its entirety.

The dismissal is made pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated this 22nd day of October, 2007

/s MICHAEL E. PISTON
Michael E. Piston MI0002
Alexander Vernon
Attorneys for Plaintiff
Piston & Carpenter P.C.
4000 Livernois Road, Ste. 110
Troy, MI 48098
(248)524-1936 telephone
(248)680-0627 facsimile
e-mail: michael@piston.net

VOLUNTARY DISMISSAL - 2

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

United States Attorney

I further certify that I have mailed by United States Postal Service the foregoing document to the following non CM/ECF participant, addressed as follows:

None

Dated this 22nd day of October, 2007

<u>/s MICHAEL E. PISTON</u>
Michael E. Piston MI0002
Alexander Vernon
Attorneys for Plaintiff
Piston & Carpenter P.C.
4000 Livernois Road, Ste. 110
Troy, MI 48098
(248)524-1936 telephone
(248)680-0627 facsimile
e-mail: michael@piston.net

VOLUNTARY DISMISSAL - 3

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net